PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

*MEDICAL LIABILITY / CONTRACT / MLA*

IN THE UNITED STATES DISTRICT COURT
FOR THE _EASTERN_ DISTRICT OF TEXAS
_BEAUMONT_ DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
AUG -8 2019
BY
DEPUTY_____

_SAMAD SEFIANE #1248491_
Plaintiff's Name and ID Number

_WYNNE UNIT_
Place of Confinement

1:19cv382

CASE NO. _1:19cv345_
(Clerk will assign the number)

Truncale / Hawthorn

v.

(1) _JEFFERSON COUNTY CORRECTIONAL FACILITY HEATH CARE PROVIDER_
Defendant's Name and Address

(2) _TEXAS DEPARTMENT OF CRIMINAL JUSTICE HEALTHCARE PROVIDER FOR WALKER COUNTY_
Defendant's Name and Address

_____
Defendant's Name and Address
( DO NOT USE "ET AL.")

### INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

Rev. 05/15

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.)*

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES ___NO
   B. If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
      1. Approximate date of filing lawsuit: 2017
      2. Parties to previous lawsuit:
         Plaintiff(s) DAMUD SEFHANE
         Defendant(s) County, DA, BPD, Counsels etc.
      3. Court: (If federal, name the district; if state, name the county.) Jefferson County
      4. Cause number: 1:18cv231  1:19CV00061
      5. Name of judge to whom case was assigned: Keith Giblin
      6. Disposition: (Was the case dismissed, appealed, still pending?) pending
      7. Approximate date of disposition: _____

Rev. 05/15

II. PLACE OF PRESENT CONFINEMENT: WYNNE UNIT

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?   ✓ YES  ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: SAMAD SEFIANE

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

(1) Defendant #1: Jefferson County Correctional Facility Healthcare Provider & Insurance Carrier

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
See Attached Complaint

(2) Defendant #2: Texas Department of Criminal Justice Walker County Wynne Unit Healthcare Provider & Insurance Carrier

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3: _____

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Rev. 05/15

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

1. Since I've been detained in Jan 22, 2019 to present by Jefferson County Correctional Facility and Texas Department of Criminal Justice Wynne Unit in Walker County have violated the Medical Liability Act pursuant to my Healthcare as of neglect in surgery, abandoning patient, lack of treatment, violation of Employment Act etc. Medical Negligence see attached complaint/claim to this US 1983.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

1. Federal Judge(s) to enforce the Medical Liability Act and to recover money damages owed to plaintiff ASAP.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.
Richie Rich, Big Samad Sefiane, Richard

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.
_____

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?    ____YES  ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed sanctions (if federal, give the district and division): _____
   2. Case number: _____
   3. Approximate date sanctions were imposed: _____
   4. Have the sanctions been lifted or otherwise satisfied?    ____YES  ✓ NO

Rev. 05/15

4

    C. Has any court ever warned or notified you that sanctions could be imposed?    ___ YES ✓ NO

    D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

        1. Court that issued warning (if federal, give the district and division): _____

        2. Case number: _____

        3. Approximate date warning was issued: _____

Executed on: _____
            DATE

                                              (Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this 05 day of 08, 20 2019.
        (Day)        (month)        (year)

                                              (Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Rev. 05/15

Samad Sefiane #2248491
Wynne Unit
810 FM 2821
Huntsville, TX 77349

Date: 8/5/2019

Re: NOTICE

Description of Claim:  Civil Action #
Medical Neglect

COMPLAINT

~~NOTICE~~ OF
LEGAL CLAIM

To: Sheriff Zena Stephen
c/o Healthcare Provider
1001 Pearl St.
Beaumont, TX 77701

Dear Health Care Provider:

I, Samad Sefiane, asserted a claim against your health care provider under Texas Medical Liability Act (MLA). Texas Civil Practice & Remedies Code Chapter 74.

(A) Abandoning patient.

(B) The severance occurred without reasonable notice or without providing adequate alternative medical care, and

(C) The severance occurred when continued medical attention was necessary.

(D) Treatment or lack of treatment, pursuant to cause of action falls within the scope of MLA Tex.Civ.Prac. & Rem. Code 74.001 (a)(13). "It has been defined by courts as the care and management of a patient combat, ameliorate, or prevent a disease disorder, or injury."

My claim arises from your violation of the standards of care for physicians.

This letter is a notice of my claim in attempt to resolve this matter without litigation.

FACTS:

LEGAL CLAIM:

On or about the month of my arrest and incarceration on 1/22/2017 I was rushed in an ambulance to Saint Elizabeth Hospital for severe chest pains due to the fact of being assaulted by victim and officer. The Adenesen 16mg. would not slow my heart down that the parametics gave me in the ambulance. I was put to sleep and they shocked me several times to slow down my heart from SVT. That didn't work, when I awoke the doctor said we had

1

to give you another medicine—I suffered chest pains, wasn't given time to recover, I was shackled and shipped back to the max segregation and had another chest pain SVT that same year and was rushed to the hospital shackled with no time to recover, again suffering and was told twice; on the second time it's on my medical records I needed to have surgery, an ablasion which I kept getting set-off after set-off, month after month, 15 months later I was forced to cancel surgery since the county did not want to pay for it.

I was shipped to TDCJ with no notice on April 13, 2019 and put in a cell with no button or speaker to get ahold of guard or emergent care cause of my heart conditions and still haven't had surgery or treatment and would like to solve this legal remedy in violation of my Eighth Amendment Cruel and Unusual Punishment. In addition I was given the wrong blood pressure medicine due to poor health services and I almost died. My sugar was 40, almost crashed and passed out. They refuse to give me diabetic checks or treat me as a heart patient because the previous healthcare provider refused to release my medical records to me or to the prison Wynne Unit I'm incarcerated at. To receive adequate medical care required by law and under chapter 74, Medical Liability Act Civ.Prac. & Rem. Code 74.251 Statute of Limitations on Health Care Liability Claims pursuant to section 74.051 Notice.

At the Texas Department of Criminal Justice, Wynne Unit located at 810 FM 2821, Huntsville, TX 77349, medical malpractice and negligence also occurred, as one violation of Tex. Lab. Code 21.2585(a)(2) Against Employer for Intentional Unlawful Employment Practices. I was forced to work, as a laborer carrying heavy boxes, stocking shelves, when I told the matter to the officer in charge about my health condition. "He said I only had one heat restriction and if I didn't work He'd write me up." In the county I had a medical hold and could not work whatsoever, I was forced to work and I suffered severe foot pain, chest pains, lower back and shoulder pain, making me work 12 to 15 hours a day and was threatened to get a write up if I did not keep working. They only done x-rays on my left foot which is still suffering severe pain and disregarded the other monitoring and x-rays and said they'd get back with me and never did. They'd retaliate I did not make a big issue out of it. But since I've been suffering from being forced to work when I had a medical hold. I can't seem to get any medical attention—my sick calls continue getting returned.

I was getting my heart pulse checked everyday and diabetic check, blood pressure several times a week and they abandoned the treatments and refuse to respond to my sick calls.

I also caught TB in the county around the first of 2017 and was put on TB medication 5 days a week when I was supposed to be on it 9 months. When I got to the Wynne Unit on Mondays and Tuesdays they'd give me a handful of broken pills and didn't know what I was taking, caused me to almost go blind. They got me in

2

a tiny cell, I can't get any rest cause they got another guy in the cell who wants to always be alone and doesn't care about my health condition.

The nurse would give me a handful of broken pills, which caused me to get dizzy and lost my eyesight. I complained, they checked my vision, said they'd get back to me and never did. Now I'm taking TB meds once a week and when I mis my TB meds I don't have vision problems so whatever medicine it is, it's doing serious damage to my health & eyes, so I quit taking them.

I also needed my teeth filled in the county jail. They said I had to wait a year after a year they say they don't fill, you can get them filled in prison. I get to prison, they say I have to wait a year. It's been 2½ years and no dental care but they'd be happy to pull all your teeth and leave you teethless, even if your teeth is good. It's medical malpractice and dental neglect.

I also have no way to get ahold of paramedics or guard, no button or speaker to press for help. No care provider services, for my injuries for when I was forced to work in commissary lifting heavy boxes with no pay and making me work 12 to 15 hours a day and I'm still suffering from it.

I'm worried about my heart, my back and my foot. Jefferson County promised to release my medical records and when I got moved without notice they did not give me my medical records and refuse to--they abandoned me. I'm taking prozak, I'm bi-polar and need to have my own cell, cause my life is in danger being with a cellmate in prison with my medical conditions I can't get rest.

They disregarded the Sandra Bland Act, pursuant to the malicious hiring being forced to work and getting hurt on the job, I can recover exemplary damages for harm resulting malice Tex.Civ. Prac. & Rem. Code 41.003(a)(2).

Definition to establish malice, the plaintiff must prove the defendant acted with a specific intent to substantial injury or harm to plaintiff. Tex.Civ.Prac. & Rem. Code 41.001(7).

The evidence is in the medical records when I mailed grievances and was ignored disregarded of my health conditions, is Gross Negligence Tex.Civ.Prac. & Rem. Code 41.003(a)(3) and 41.001(11).

I'm giving a notice in writing pursuant to Tex.Civ. Prac. & Rem. Code 74.051(a) by certified mail to healthcare providers whom Health-Care-Liability Claim is asserted. Tex. Civ.Prac. & Rem. Code 74.051(a), 60 days before filing suit Tex.Civ.Prac. & Rem. Code 74.051(a). (Notice & Expert Report) pursuant CPRC 74.351(a).

Under medical practicing medicine under Texas Occupations Code 151.002 that should have been peFformed or furnished an ablasion, also the first chest pain attack, the paramedic

3

did did act like he was a licensed paramedic. He was sloppy, I was handcuffed and restrained while he was performing his untrained duties on about Jan-April 2017. See medical records from Saint Elizabeth. I was shackled and not given any time to recover, then abandoned. I sustained bodily injury and risk of additional injury or death cause in fact legal standard should have gone to surgery as doctor ordered.

See damages act. Tex.Civ.Prac. & Rem. Code 41.001(7). Care providers have a legal duty to prevent further physical and mental harm.

CLAIM

(1) Actual Damages $100,000   CPRC 108.002.

(2) Exemplary Damages $500,000 plus (No Limit)   CPRC 74.303.

(3) Non Economic Damages $500,000   BPRC 74.30 (Provider).

(4) Money Damages $12,000,000   CPRC 84.007 (Not capped).

(5) Past Mental Anguish & Suffering $500,000.

(6) Future Mental Anguish, Pain & Suffering $800,000.

                                    Total $14,500,000

Because of your violation of the MLA, I, Samad Sefiane, has incurred actual damages in the amount of $14,500,000 for pain & suffering, risk of permanent cardiac injuries, and death and other damages.

Should this claim result in litigation, I will also seek recovery of exemplary damages in the amount of $10,000,000 on the grounds that your conduct was committed with gross negligence, and other motive.

(A) Negligence (perse) applies when the courts have determined that the violation of a particular statute is negligence as a matter of law. Parrott v. Garcia, 436 S.W.2d 897, 900 (Tex.1969).

(B) A claim for not providing accommodations for the patients family. Lopez v. OSuna, 453 S.W.3d 60, 69 (Tex.App.-San Antonio 2014, No Pet.).

(C) Professional or Administrative Services. I also would like to include are duties of services that a physician or healthcare provider must provide as a condition of maintaining the physician's or health care provider's license, accreditation status or certification to participate in health care programs. Tex.Civ.Prac. & Rem. Code 74.001(a)(24), and 74.251 Statute of Limitations on Healthcare Liability Claims..See 74.001 Definitions.

Pursuant to Tex.Civ.Prac. & Rem. Code 101.102(b), (c). My claim is against Jefferson County Correctional Facility Health-

care previous and present providers starting at arrest date 1/22/2017 and Wynne Unit Healthcare Provider Huntsville, Texas.

I, Samad Sefiane, wishes to resolve this matter without having to file suit. Therefore I request that you remit payment in the amount of $1,500,000. The sum includes damages, pain & suffering, risk of disease injury or death, severance for treatment or lack of treatment and delay in surgery. If this sum is not paid within 60 days of receipt of this notice, suit will be filed against you.

The authorization form to release medical records is enclosed with this notice for Saint Elizabeth Hospital in Beaumont, TX, Jefferson County Correctional Facility Healthcare Providers, and the Texas Department of Criminal Justice Healthcare Provider.

My hope is that you will notify the insurance carrier, that you receive this notice as it is intended and that there will be an amicable resolution of this matter litigation.

If you have any questions do not hesitate to contact me.

Sincerely,

Pro Se Plaintiff
TDCJ #2248491

## CERTIFICATE OF SERVICE

I, Samad Sefiane, certify that a true and correct copy of the foregoing Notice was sent by placing it in the prison mail sy system, first class, U.S. postage paid, addressed to:

1. Office of the Attorney General
   Ken Paxton
   P.O. Box 12548
   Austin, TX 78711-2548

2. U.S. District Court
   Office of the Clerk
   300 Willow St., Ste 104
   Beaumont, TX 77701

3. Sheriff Zena Stephen
   Jefferson County C.
   1001 Pearl St.
   Beaumont, TX 77701

4. Sheriff Clint Mcrae
   717 FM 2821 W., Ste 500
   Huntsville, TX 77320

Report by Attorney General CPRC 109.005(a) and 111.006. Please forward this notice to correct parties please.

Executed on: 6/5/2019

Samad Sefiane Per se



DAVID O'TOOLE, CLERK
UNITED STATES DISTRICT COURT
300 WILLOW ST, STE. 104
BEAUMONT, TX 77701

SAMAD SEFIANE
#2248491
WYNNE UNIT
810 FM 2821 W
HUNTSVILLE TX 77349